DUNNING v. SMITH. (Circuit Court of Appeals, First Circuit. April 22, 1903.) No. 475. Appeal from the District Court of the United States for the District of Massachusetts. E. S. Mansfield and George R. Swasey, for appellant. Jeremiah Smith, Jr., for appellee. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. Appeal dismissed, without prejudice and without costs, as per stipulation on file.

FELSENHELD v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. March 11, 1903.) No. 379. In Error to the Circuit Court of the United States for the District of West Virginia. Henry M. Russell and John DeWitt Warner, for plaintiff in error. Chas. J. Faulkner and Joseph H. Gaines, for the United States. No opinion. Judgment of the Circuit Court reversed, and cause remanded.

FIRST NAT. BANK OF WILMINGTON, DEL., v. FLORIDA CENT. & P. R. CO. et al. FLORIDA CENT. & P. R. CO. et al. v. FIRST NAT. BANK OF WILMINGTON, DEL. (Circuit Court of Appeals, Fifth Circuit. April 7, 1903.) No. 1,224. In Error and Cross-Error to the Circuit Court of the United States for the Southern District of Florida. C. D. Rinehart, for plaintiff in error. J. A. Henderson and J. C. Cooper, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We do not find any reversible error in the record. The judgment of the Circuit Court is therefore affirmed. The costs of this court to be taxed one-half against the plaintiff in error and one-half against the cross-plaintiffs in error.

HALL v. MASON. (Circuit Court of Appeals, Fourth Circuit. March 13, 1903.) No. 482. In Error to the District Court of the United States for the District of West Virginia. Frederick C. McLaughlin, for plaintiff in error. Frank Gosnell and John P. Poe, for defendant in error. Dismissed, without costs, under rule 20 (31 C. C. A. clxii, 90 Fed. clxii).

KAUFFMAN v. JOS. WEILL & CO. et al. (Circuit Court of Appeals, Fifth Circuit. April 10, 1903.) No. 1,167. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. B. R. Forman, for appellant. Hewes T. Gurley, J. D. Rouse, and Wm. Grant, for appellees. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. We are of opinion that the decree of the court below should be affirmed, and it is so ordered.

L. BUCKI & SON LUMBER CO. v. ATLANTIC LUMBER CO. et al. (Circuit Court of Appeals, Fifth Circuit. April 7, 1903.) No. 1,143. Appeal from the Circuit Court of the United States for the Northern District of Florida. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find nothing in the reasons presented for a rehearing to make us doubt the correctness of the decision heretofore rendered (121 Fed. 233), and the rehearings applied for are denied.